UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VERNON W. OFFICER, JR., <br><br> Plaintiff, <br><br> v. <br><br> STATE OF WASHINGTON, et al., <br><br> Defendants. | Case No. C23-0860-TL <br><br> MINUTE ORDER |

The following Minute Order is made at the direction of the Court, the Hon. S. Kate Vaughan, United States Magistrate Judge:

Plaintiff moved to proceed *in forma pauperis* (IFP), Dkt. 1, but failed to file a proposed complaint when commencing this action. Federal Rule of Civil Procedure 3 provides that a "civil action is commenced by filing a complaint with the court." Because Plaintiff has not filed a complaint, this action has not been properly commenced. The Court is therefore unable to consider Plaintiff's IFP application. Plaintiff must file a proposed complaint within **thirty (30) days** of the date of this Order.

/ / /

/ / /

MINUTE ORDER - 1

Failure to comply may result in denial of the IFP application and/or dismissal of this matter.

Dated this 9th day of June, 2023.

Ravi Subramanian
Clerk of Court

By: s/ Stefanie Prather
Deputy Clerk

MINUTE ORDER - 2