UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

VERNON W. OFFICER, JR.,

          Plaintiff,

   v.

STATE OF WASHINGTON, et al., et al.

          Defendants.

Case No. C23-0860-TL

ORDER GRANTING APPLICATION
TO PROCEED IN FORMA PAUPERIS

      Plaintiff moved to proceed *in forma pauperis* (IFP), Dkt. 1, but failed to file a proposed complaint. On June 9, 2023, the Court informed Plaintiff that because he had not filed a complaint, this action had not been properly commenced, and the Court was unable to consider his IFP application. *See* Dkt. 6. Accordingly, the Court ordered Plaintiff to file a proposed complaint within thirty days of the date of the Order or risk denial of IFP and/or dismissal of this matter. *Id*. On July 7, 2023, Plaintiff filed a proposed complaint. Dkt. 7. The Court is now able to assess Plaintiff's IFP application.

      Because Plaintiff does not appear to have funds available to afford the $402.00 filing fee, Plaintiff financially qualifies for IFP status pursuant to 28 U.S.C. § 1915(a)(1). Therefore,

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS - 1

1 | Plaintiff's IFP application, Dkt. 1, is GRANTED.  However, the undersigned recommends
2 | review by the assigned District Judge under 28 U.S.C. § 1915 (e)(2)(B).
3 |     The Clerk is directed to send copies of this Order to the parties and to the assigned
4 | District Judge.

Dated this 18th day of July, 2023.

_____
S. KATE VAUGHAN
United States Magistrate Judge

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS - 2