1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9

10

11

12

13

14

15

VERNON W OFFICER, JR,

                     Plaintiff,

      v.

STATE OF WASHINGTON et al.,

                     Defendants.

CASE NO. 2:23-cv-00860-TL

ORDER GRANTING EXTENSION
OF DEADLINE TO AMEND
COMPLAINT

16

17

18

19

20

21

22

23

24

This matter is before the Court on Plaintiff's Second Motion for Continuance. Dkt. No. 15. Plaintiff asks for an additional six-month extension of the Court-issued deadline to amend his complaint to state a plausible claim for relief, which is currently due on March 1, 2024. *Id.* at 1. This is Plaintiff's third request for more time to prepare his amended complaint. *See* Dkt. No. 10 (Order of Dismissal with Leave to Amend setting original deadline); Dkt. No. 12 (Minute Order granting initial request for more time); Dkt. No. 14 (Order granting additional extension on first motion to continue). Plaintiff again notes that he is receiving guidance from an attorney who requires additional time due to the large volume of case-related materials and

ORDER GRANTING EXTENSION OF DEADLINE TO AMEND COMPLAINT - 1

1  because of financial barriers that have impeded his ability to secure additional relevant records.

2  Dkt. No. 15 at 1–3.

3      The Court has broad discretion to grant a time extension for good cause, especially when

4  sought in advance of the deadline. Fed. R. Civ. P. 6(b)(1). As with all civil procedural rules, the

5  Court is required to "liberally construe[ Rule 6(b)(1)] to effectuate the general purpose of seeing

6  that cases are tried on the merits." *Ahanchian v. Xenon Pictures, Inc.*, 624 F.3d 1253, 1259 (9th

7  Cir. 2010) (internal quotation marks omitted) (quoting *Rodgers v. Watt*, 722 F.2d 456, 459 (9th

8  Cir. 1983)).

9      As before, the Court FINDS good cause to exercise its discretion and GRANTS the

10  requested six-month extension. The Court therefore orders Plaintiff to file an Amended

11  Complaint that plausibly states a claim for relief and complies with this Court's prior Order of

12  Dismissal (Dkt. No. 10) by **no later than Friday, August 30, 2024**.

13      However, with this extension, Plaintiff has now been granted a full year to prepare an

14  amended complaint to correct the deficiencies the Court identified in its Order of Dismissal. The

15  Court will therefore not consider any additional requests for extension, and Plaintiff's failure to

16  file a sufficient pleading by the new deadline will result in the dismissal of this action without

17  prejudice.

18      Dated this 21st day of February 2024.

19

20  Tana Lin
    United States District Judge

21

22

23

24

ORDER GRANTING EXTENSION OF DEADLINE TO AMEND COMPLAINT - 2