UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VERNON W OFFICER, JR,<br><br>　　　　　　Plaintiff,<br>　　v.<br><br>STATE OF WASHINGTON et al.,<br><br>　　　　　　Defendants. | CASE NO. 2:23-cv-00860-TL<br><br>ORDER OF DISMISSAL WITHOUT PREJUDICE |

　　　　This matter is before the Court on its own motion. On June 2, 2023, Plaintiff filed an application to proceed *in forma pauperis* ("IFP") without a proposed complaint. Dkt. No. 1. In response to a deficiency letter sent by the Court (Dkt. No. 5), Plaintiff filed what the Court understands to be his proposed complaint, which included two large binders worth of documents purporting to provide "probable cause for a civil trial." Dkt. No. 7.1 Plaintiff's application for IFP status was granted (Dkt. No. 8), but U.S. Magistrate Judge S. Kate Vaughan recommended review of the purported complaint under 28 U.S.C. § 1915. The sealed Complaint was entered on

ORDER OF DISMISSAL WITHOUT PREJUDICE - 1

the docket on July 18, 2023. Dkt. No. 9. The Court subsequently dismissed Plaintiff's complaint pursuant to 28 U.S.C. § 1915(e), and Plaintiff was granted leave to file an amended complaint by September 1, 2023. Dkt. No. 10. Plaintiff subsequently filed four requests for more time to prepare his amended complaint. *See* Dkt. No. 12 (Minute Order granting initial request for more time); Dkt. No. 14 (Order granting extension on first motion to continue); Dkt. No. 16 (Order granting additional extension on second motion to continue); Dkt. No. 17 (Third Motion for Continuance). The Court denied Plaintiff's final request for an additional extension. Dkt. No. 18.

Pursuant to the Court's prior Order denying Plaintiff's request for an additional six-month extension of the court-issued deadline to amend his complaint to state a plausible claim for relief (Dkt. No. 18), Plaintiff's amended complaint was due by no later than Friday, August 30, 2024. Plaintiff has not filed an amended complaint to date.

Accordingly, Plaintiff's action is DISMISSED WITHOUT PREJUDICE.

Dated this 30th day of September 2024.

Tana Lin
United States District Judge